# RETURN OF SERVICE

UNITED STATES DISTRICT COURT     DISTRICT OF COLUMBIA

Case No.: 1:06CV00368 (ESH)

International Painters and Allied Trades Industry
Pension Fund

vs

J.L. Pierce Painting, Inc. d/b/a Pierce Painting

SERVICE OF PROCESS ON: J.L. Pierce Painting, Inc. d/b/a Pierce Painting

_Lawrence C. Stinnett_, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service: 3-15-06
Place of Service: 920 Clay Hammond Rd. Prince Frederick, MD. 20678
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

__ By hand delivering to an officer, manager or person in charge of defendant business.
   Name & Title: John Pierce - Owner

Description of Person Receiving Documents: Male/Female   Skin Color _White_
                                           Hair Color Dark   Age 40   Hgt 6/1   Wgt 210
                                           Flat Top

Undersigned declares under penalty of perjury that the foregoing is true and correct

Signature of Server   410-535-5998     Date 3-15-06

Shelley R. Goldner, Esquire
Jennings Sigmond, P.C.
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106                215-922-6700