UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, : : : Plaintiff, : : v. : : J.L. PIERCE PAINTING, : : Defendant. : : | Civil Action No. 06-0368 (ESH) |

## ORDER

While proof of service of process in this case was accomplished on March 15, 2006, plaintiff has done nothing further to prosecute this case. Accordingly, it is this 7th day of April, 2006, hereby

**ORDERED** that by no later than April 21, 2006, plaintiff shall cause default to be entered and apply for entry of judgment thereon, or show cause why a motion for entry of default has not been filed. If plaintiff fails to do either, the complaint will be dismissed without prejudice for failure to prosecute. *See* LCvR 83.23.

                                                             s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge