IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>                Plaintiff<br>v.<br><br>J.L.PIERCE PAINTING, INC.<br>   d/b/a Pierce Painting<br><br>                Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 06-368 (ESH)<br>)<br>)<br>)<br>) |

**REQUEST TO CLERK TO ENTER DEFAULT
PURSUANT TO FED. R. CIV. PRO. 55(a)**

You will please enter a default on Defendant, J.L.Pierce Painting, Inc. d/b/a Pierce Painting, for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Shelley R. Goldner.

                                  Respectfully submitted,

                                  JENNINGS SIGMOND, P.C.

                            BY:/s/ Shelley R. Goldner
                               SANFORD G. ROSENTHAL, ESQUIRE
                               (I.D. NO. 478737)
                               SHELLEY R GOLDNER, ESQUIRE
                               (I.D. NO. 483329)
                               The Penn Mutual Towers, 16th Floor
                               510 Walnut Street, Independence Square
                               Philadelphia, PA 19106-3683
                               (215) 351-0611/0644
Date: April 10, 2006             Attorneys for Plaintiff

167015-1