## CERTIFICATE OF SERVICE

I, SHELLEY R. GOLDNER, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

> J.L.Pierce Painting, Inc.
> d/b/a Pierce Painting
> 920 Clay Hammond Road
> Prince Frederick, MD 20678

> /s/ Shelley R. Goldner
> SHELLEY R. GOLDNER, ESQUIRE

DATE: April 10, 2006

167015-1