IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>Plaintiff<br><br>v.<br><br>J.L.PIERCE PAINTING, INC.<br>   d/b/a Pierce Painting<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 06-368 (ESH)<br>)<br>)<br>)<br>) |

**MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

Plaintiff, International Painters and Allied Trades Industry Pension Fund, respectfully moves this Court for entry of judgment by default against J.L.Pierce Painting, Inc. d/b/a Pierce Painting in the amount of $16,045.91, and for injunctive relief. The Court entered Default on or about April 10, 2006.

Accompanying this motion are a supporting memorandum of points and authorities, the Declaration of Thomas C. Montemore (attached as Ex. 1), the Declaration of Shelley R. Goldner (attached as Ex. 2), the Jennings Sigmond attorneys' fees billing statement (attached as Ex. 3), and a proposed default judgment.

                                                Respectfully submitted,

                                                JENNINGS SIGMOND, P.C.

                                                BY:<u>s/ Shelley R. Goldner</u>
                                                     SANFORD G. ROSENTHAL, ESQUIRE
                                                     (I.D. NO. 478737)
                                                     SHELLEY R. GOLDNER, ESQUIRE
                                                     (I.D. NO. 483329)
                                                     The Penn Mutual Towers, 16th Floor
                                                     510 Walnut Street, Independence Square
                                                     Philadelphia, PA 19106-3683
                                                     (215) 351-0611/0644

Date: <u>April 12, 2006</u>                             Attorneys for Plaintiff
167014-1