## CERTIFICATE OF SERVICE

I hereby certify this 12th day of April, 2006, that I caused to be served a copy of the foregoing Motion for Entry of Judgment by Default, Memorandum of Points and Authorities in Support thereof, Declaration of Thomas C. Montemore, Declaration of Shelley R. Goldner and proposed Default Judgment by sending a copy of same via U.S. Mail, postage-prepaid to:

> J.L.Pierce Painting, Inc.
> d/b/a Pierce Painting
> 920 Clay Hammond Road
> Prince Frederick, MD 20678

>                s/ Shelley R. Goldner
>                SHELLEY R. GOLDNER, ESQUIRE

DATE: April 12, 2006

167014-1