IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>                 Plaintiff<br>v.<br><br>J.L.PIERCE PAINTING, INC.<br>   d/b/a Pierce Painting<br><br>                 Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 06-368 (ESH)<br>)<br>)<br>)<br>) |

**JENNINGS SIGMOND ATTORNEYS' FEES – April 2006**

| <u>Date</u> | <u>Attorney</u> | <u>Task</u> | <u>Time</u> |
|---|---|---|---|
| 4/4/06 | SRG | Review of Correspondence from P. Gilbert Regarding Audit Scheduled<br>Letter to P. Gilbert Regarding Status of Litigation | 0.2 |
| 4/10/06 | SRG | Phone Conference with P. Gilbert Regarding Status of Delinquency, Update for Motion<br>Review of Order Regarding Default<br>Preparation of Request for Entry of Default<br>Preparation of Motion for Default Judgment | 3.8 |
| 4/11/06 | SRG | Review and Revise Default Motion<br>Preparation of Supporting Declarations<br>Preparation of Exhibits | <u>0.8</u> |

**Total: 4.8**

<u>April Summary</u>

SRG   4.8  Hrs x $200.00  =   <u>$ 960.00</u>

**Grand Total:**            $2,240.50

167014-1

**EXHIBIT 3**

Report ID: OT2025 - 4344
Monday, April 10, 2006

**Jennings Sigmond, P.C.**
**Time And Expense Details**

Printed By MHT
Page 1

Beginning To End

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| PTINTF | IUPAT Industry Pension Fund | 27826 | J. L. Pierce Painting, Inc. | Sigmond, Richard B. |

### Unbilled Time

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 3/3/2006 | CTM | 0.10 | 0.10 | 70.00 | $7.00 | | | Review of Electronic Court Documents regarding Complaint and Summons |
| 3/6/2006 | SRG | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Court Documents Regarding Complaint Filed<br>Memo to File<br>Letter to J. O'Donovan Regarding Service of Complaint<br>Letter to Secretaries of Labor and IRS |
| 3/21/2006 | SRG | 0.10 | 0.10 | 200.00 | $20.00 | | | Memo Regarding Status of Service of Complaint<br>Review of Correspondence to J. O'Donovan |
| 3/22/2006 | SRG | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Correspondence from J. O'Donovan Regarding Service of Complaint<br>Letter to J. O'Donovan Regarding Affidavit of Service<br>Memo to File Regarding Answer Deadline |
| 3/27/2006 | SRG | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Affidavit of Service, File with Court |
| 3/28/2006 | SRG | 0.10 | 0.10 | 200.00 | $20.00 | | | Letter to J. Pierce |

**Unbilled Time Totals** 0.90 0.90 $167.00

### Unbilled Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 3/1/2006 | $14.08 | PO | Postage Charges |
| 3/1/2006 | $2.22 | PO | Postage Charges |
| 3/1/2006 | $2.79 | PO | Postage Charges |
| 3/1/2006 | $72.90 | CRDB | Computer Research - Dun & Bradstreet |
| 3/4/2006 | $19.85 | SD | Special Delivery |
| 3/6/2006 | $14.84 | COPY | Photocopies |
| 3/30/2006 | $103.10 | 7100 | Service of Complaint |

**Unbilled Expenses Totals** $229.78

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 2/16/2006 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Correspondence from Fund regarding New Delinquency File<br>Review of Documents<br>Preparation of Litigation Memo |
| 2/17/2006 | SRG | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Memo |
| 2/27/2006 | SRG | 0.60 | 0.60 | 200.00 | $120.00 | | | Review of files<br>Review of Documents |

Report ID: OT2025 - 4344
Monday, April 10, 2006

Printed By  MHT
Page  2

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

**Billed Time**

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 2/28/2006 | SRG | 1.90 | 1.90 | 200.00 | $380.00 | | | D&B Search<br>Review of Report<br>Preparation of Complaint<br>Letter to P. Gilbert<br>Review of Correspondence from P. Gilbert |

**Billed Time**

| | Totals | 3.10 | 3.10 | | $620.00 | | | |

**Billed Expenses**

| Date | | Amount | Exp Code | Narrative |
|---|---|---|---|---|
| 2/23/2006 | | $250.00 | 7100 | Filing Fee |
| 2/28/2006 | | $13.72 | COPY | Photocopies |

**Billed Expenses**

| | Totals | $263.72 | | |

| | | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|---|
| Report Totals | | 4.00 | 4.00 | $787.00 | $493.50 | $1,280.50 |

*** End Of Report ***