UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES UNION AND INDUSTRY PENSION FUND, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 06-368 (ESH) |
| J.L. PIERCE PAINTING, INC., d/b/a Pierce Painting | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

It is hereby ORDERED that plaintiff's motion for entry of default judgment is GRANTED. Within 20 days of the date of this Order defendant shall pay plaintiff the amount of $16,045.91, pursuant to 29 U.S.C. § 1132(g)(2). It is

FURTHER ORDERED that defendant file complete, proper, and timely remittance reports with appropriate pension contributions when obligated to do so under the collective bargaining agreement(s); and it is

FURTHER ORDERED that within 15 days of a request by plaintiff or its representative, defendant make its payroll books and related records available to plaintiff to audit the remittance reports for the relevant period; it is

FURTHER ORDERED that judgment shall be entered for plaintiff and the complaint dismissed.

                                                                      s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

Date: April 21, 2006