UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br>　　　Plaintiffs, | : : : : : | |
| v. | : : | CASE NO.: 1:06CV00368 |
| J. L. PIERCE PAINTING, INC.<br>　d/b/a PIERCE PAINTING<br>　　　Defendant. | : : : : | |

*[handwritten note: Let this be filed ESH 6/20/06]*

## SUGGESTION OF BANKRUPTCY

COMES NOW, J. L. Pierce Painting, Inc., Defendant in the above referenced suit, by and through it's attorneys, Craig M. Palik and the law firm of McNamee Hosea Jernigan Kim Greenan & Walker, P.A., and hereby files a Suggestion of Bankruptcy suggesting to the Court that all further action upon the said suit against said Defendant be stayed and in support hereof states as follows:

1. On the 23rd day of May, 2006, J. L. Pierce Painting, Inc., Defendant, filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland, said case being docketed as Case No. 06-12947. Said filing constituted an order for relief pursuant to the provisions of the Bankruptcy Code, and said proceeding has not been dismissed. The application for discharge in bankruptcy of said Defendant is pending for determination by the Bankruptcy Court.

2. The debt upon which the above suit is premised (or judgment if obtained) has been or will be duly scheduled in said proceedings, and due notice by the Bankruptcy Court of the pendency of said proceedings has been or will be given to the Plaintiff herein. The debt upon which this suit was

filed (and judgment if obtained) is dischargeable in bankruptcy, and a discharge in bankruptcy would be a complete discharge and release of any further legal obligation of Defendant to Plaintiff upon the Plaintiff's claim and suit (and judgment where obtained).

3. The above captioned suit was filed prior to the date of bankruptcy, and the same claim may be asserted in the bankruptcy proceedings.

4. Pursuant to Bankruptcy Code, 11 U.S.C. Section 362, the filing of the Debtor's Petition acts as an automatic stay of certain actions on secured or unsecured debts and provides in part as follows:

> (a) Except as provided in subsection (b) of this section, a petition filed under section 301, 302, or 303 of this title operates as a stay, applicable to all entities, of
>
>> (1) the commencement or continuation, including the issuance of employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;
>>
>> (2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;
>>
>> (3) any act to obtain possession of property of the estate or of property from the estate;
>>
>> (4) any act to create, perfect, or enforce any lien against property of the estate;
>>
>> (5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;
>>
>> (6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

(7)  the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

(8)  the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

WHEREFORE, it is suggested that this Court, in accordance with the provisions of the Bankruptcy Code, stay all further proceedings and actions of the Plaintiff against the Defendant/Debtor, J. L. Pierce Painting, Inc.

McNamee Hosea Jernigan Kim
Greenan & Walker, P.A.

_____
Craig M. Palik, Esquire
6411 Ivy Lane, Ste. 200
Greenbelt, MD 20770
(301) 441-2420
Attorney for the Debtor/Defendant

Date: June 14, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Suggestion of Bankruptcy was mailed, postage prepaid, on the 14th day of June, 2006 to the following:

Shelley R. Goldner
Jennings Sigmond, PC
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106

_____
Craig M. Palik, Esquire